UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINA PEARSON, et al.,<br><br>Defendants. | Case No. 20-cv-04762-JSW<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME AND INSTRUCTIONS TO CLERK REGARDING SERVICE**<br><br>Dkt. No. 13 |

The Court has issued orders to Plaintiff to show cause why the case should not be dismissed for failure to obtain and serve a summons. The Court also directed Plaintiff to show cause why the Court should grant an extension of his time to serve the Defendants. The Court's orders were returned, and on September 20, 2021, the Court reissued the Order and directed Plaintiff respond by October 12, 2021.

On September 28, 2021, Plaintiff wrote a letter asking for an extension of time, which was filed on October 6, 2021. The Court finds good cause to grant the request. Plaintiff's response to the Court's Order to Show Cause by no later than January 5, 2022. In light of the length of this extension, the Court will not look favorably on further requests.

The attachments to that request, suggest Plaintiff, who is incarcerated, may be located at a new facility. Accordingly, the Clerk shall serve a copy of this Order on Plaintiff at the address currently on the docket and to:

Wendell Coleman BM 8959
Gabilan Conservation Center
31801 McCoy Road
Soledad, California 93960

The Court reminds Plaintiff that under Local Rule 3-11, failure to keep the Court apprised

of his current address could result in a conclusion that this case should not be re-opened:

> An attorney or a party proceeding pro se whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address.
>
> (b)  Dismissal Due to Failure. The Court may, without prejudice, dismiss a complaint or strike an answer when:
>
> (1)  Mail directed to the attorney or pro se party by the Court has been returned to the Court as not deliverable; and
>
> (2)  The Court fails to receive within 60 days of this return a written communication from the attorney or pro se party indicating a current address.

**IT IS SO ORDERED.**

Dated: October 7, 2021

_____
JEFFREY S. WHITE
United States District Judge