UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL COLEMAN,<br><br>  Plaintiff,<br><br>v.<br><br>CHRISTINA PEARSON, et al.,<br><br>  Defendants. | Case No. 20-cv-04762-JSW<br><br>**ORDER GRANTING FINAL EXTENSION OF TIME TO RESPOND**<br><br>Re: Dkt. No. 14 |

The Court has recounted the procedural history of this case in multiple orders. (*See, e.g.,* Dkt. Nos. 5-6, 9, 12, 15.) On January 18, 2022, the Court issued a Final Order to Show Cause in which it directed Plaintiff to show cause why he failed to obtain a summons upon filing the Complaint, why he had not served the Defendants as of September 24, 2020, and why he should be granted an extension of the time limits set forth in Rule 4(m) to effect service, such that the Court should re-open this case.[1] Plaintiff's response to that Final Order to Show Cause was due by February 4, 2022, and the Court stated that if it failed to receive a response by that date, the case would remain closed. (Dkt. No. 15.)

On February 3, 2022, the Court received a letter from Plaintiff asking for an extension of time in this matter and notifying the Court of a temporary change of address. That letter also referred to two other cases pending in this District and stated that he needed to file a motion in each case but could not make three copies of the motion. (Dkt. No. 16.) The Court has reviewed

---

[1] Plaintiff is proceeding *pro se* but is expected to comply with the Federal Rules of Civil Procedure. *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987), *overruled on other grounds Lacey v. Maricopa County*, 693 F.3d 896, 928 (9th Cir. 2012); *see also Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995) ("Although we construe pleadings liberally in their favor, pro se litigants are bound by the rules of procedure.").

1 | the motion filed in *Coleman v. Napa Superior Court*, No. 21-cv-8970-HSG (Dkt. No. 7).

2 |     The Court will grant Plaintiff one final extension to respond to the Court's Order to Show
3 | Cause. By April 1, 2022, Plaintiff shall file a response that shows cause why he failed to obtain a
4 | summons upon filing the Complaint, why he had not served the Defendants as of September 24,
5 | 2020, and why he should be granted an extension of the time limits set forth in Rule 4(m) to effect
6 | service, such that the Court should re-open this case. The Court will not grant any further
7 | extensions. If Plaintiff fails to comply with this Order, the case will remain closed and the Court
8 | will not entertain any further filings from Plaintiff.

9 | **IT IS SO ORDERED**.

10 | Dated: February 9, 2022

                                                */s/ Jeffrey S. White*
                                        JEFFREY S. WHITE
                                        United States District Judge